UNITED STATES of America, Plaintiff–Appellee,

v.

Gus **DASHER,** Defendant–Appellant.

No. 08–11386
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Aug. 12, 2008.

Gus Dasher, Miami, FL, pro se.

E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Before CARNES, BARKETT and WILSON, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Gus Dasher, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assess-

ment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and Dasher's convictions and sentences are **AFFIRMED.**